THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| SYMBOLGY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JASCO PRODUCTS COMPANY LLC<br><br>Defendant. | CIVIL ACTION NO. 2:17-cv-00002 |

## NOTICE OF DISMISSAL

Under the Federal Rule of Civil Procedure 41(a), Symbology Innovations, LLC ("SI") voluntary dismisses all claims against Defendant Jasco Products Company LLC with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: April 4, 2017                Respectfully submitted.

*/s/ Steven War*

Steven War
McNeely, Hare & War LLP
5335 Wisconsin Ave, NW, Suite 440
Washington, D.C. 2015
(202) 536-5877
facsimile: (202) 478-1813
e-mail: steve@miplaw.com
VSB # 45048
*Attorney for Plaintiff Symbology Innovations, LLC*

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 4, 2017, I have caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

Dated:  April 4, 2017                                By: */s/ Steven War*

                                                                            Steven War